# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139700 & (19)(20)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JERRY RICK VANDIVER,
     Defendant-Appellant.

SC: 139700
COA: 290504
Wayne CC: 81-111187-FM;
          92-500047-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the August 27, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

y0419